

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00050-CV

| | | |
|---|---|---|
| PSQ BARBIE, LP AND PARKWOOD CONSTRUCTION, LLC, Appellants | § | On Appeal from the 236th District Court |
| | § | of Tarrant County (236-304794-18) |
| V. | | |
| | § | February 2, 2023 |
| JEFFREY HOWARD, JOANNE HOWARD, JAMES CHANG, KEITH KUNKLE, AND RYAN STOKES, Appellees | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

It is further ordered that Appellants PSQ Barbie, LP and Parkwood Construction, LLC must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr